## AFFIDAVIT

1) **AFFIANT/AGENT**. I, Kevin Backes, a Border Patrol Agent of the United States Border Patrol, Customs and Border Protection (USBP/CBP), have been employed by the USBP/CBP for 23 years and am currently assigned to the Grand Forks Sector Prosecution Unit, Grand Forks, North Dakota.

   Your affiant has reason to believe that Sidony Mankaa MFORSINE, hereinafter MFORSINE, illegally entered the United States in violation of 8 U.S.C. § 1325(a)(1).

2) **INITIAL ENCOUNTER**. On February 27, 2026, at approximately 7:30 PM, Grand Forks Sector radio dispatch advised that Royal Canadian Mounted Police called stating there were two subjects walking in the field near 154th Ave and 109th St, west of the Pembina, North Dakota Port of Entry.

   Agents in the area responded and spotted the subjects walking southeast near the intersection of 155th Ave and 109th St, which is approximately three miles west of the Pembina Port of Entry in North Dakota and approximately one mile south of the United States/Canada border. Supervisory Border Patrol Agent (SBPA) Bailey then approached the subjects in his service vehicle and stated over the loudspeaker that he was Border Patrol. One of the subjects stood up and began running north toward Canada. SBPA Bailey then gave commands to the second subject to walk toward the road. The subject, later identified as MFORSINE, complied and walked to the vehicle.

   SBPA Bailey then conducted an immigration inspection with MFORSINE. MFORSINE admitted to having just crossed the border illegally from Canada and that she was trying to get to her uncle's house in Minneapolis, MN. She also stated she had crossed illegally into Canada a week prior and that she knew it was illegal to cross the border between the Ports of Entry.

   MFORSINE was then placed under arrest and transported to Pembina Station for processing.

3) **POST ARREST INVESTIGATION**. On February 27, 2026, MFORSINE was enrolled into NGI/IDENT, a computerized fingerprint identification system. The NGI/IDENT results revealed MFORSINE had one prior legal entry into the United States with a K1 visa (fiancée of a United States Citizen). MFORSINE entered the United States at Detroit Metropolitan Airport, Michigan on July 9, 2025. No record could be found to show MFORSINE has married or made an application to adjust status within 90 days of entry and the visa expired for entry on December 9, 2025. MFORSINE is a citizen and national of Cameroon and was in possession of two Cameroon passports and a Cameroon birth certificate.

4) **MIRANDA RIGHTS/CONSULAR NOTIFICATION**. On February 27, 2026, at the station, SBPA Bailey notified MFORSINE of her Miranda Rights and provided a list of free

legal services. MFORSINE was willing to answer questions and also wrote a statement requesting asylum because she feared being returned to Cameroon.

During an interview at the station MFORSINE claimed she entered the United States legally in 2025 to reside with her fiancé in Ohio. Her fiancé was abusive and she left him and went to live with her sister in Maryland in January of 2026. MFORSINE claimed she then departed Maryland on February 20, 2026, and resided with friends in Minneapolis, Minnesota. MFORSINE claims she then entered Canada illegally afoot with two other subjects on February 22, 2026, after making arrangements and paying $500 to a driver. MFORSINE claims she resided at a Salvation Army Camp in Winnipeg, Manitoba, Canada. MFORSINE admitted she had illegally entered the United States and was going to reside with her uncle in Minneapolis. MFORSINE claims to have paid a driver $100 in Canada to bring her to the border and had made arrangements to pay a driver in the United States $300 to take her to Minneapolis.

MFORSINE was advised of her right to consular communication, MFORSINE did not request to speak with a consular official at the time of processing.

In my experience, the above facts constitute a violation of 8 U.S.C. § 1325(a)(1).

The foregoing is true and correct to the best of my knowledge and belief.

*K Backes*

Kevin Backes
United States Border Patrol Agent

Signed and sworn to before me by reliable electronic means, this 2nd day of ~~February~~ March, 2026.

*Alice R. Senechal*

Alice R. Senechal
United States Magistrate Judge